FILED
2006 OCT 25 PM 3:30
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JEFFREY T. MILLER)

| | |
|---|---|
| RUDOLPH ROYBAL,<br><br>    Petitioner,<br><br>v.<br><br>JEANNE WOODFORD,<br><br>    Respondent. | 99cv2152-JM<br><br>ORDER TO PERMIT DR. THOMAS WEGMAN TO BRING A LAPTOP COMPUTER INTO SAN QUENTIN STATE PRISON |

FOR GOOD CAUSE SHOWN it is ordered that San Quentin State Prison permit Thomas Wegman, Ph.D. to bring his laptop computer into the prison On October 27, 2006 solely for the purpose of conducting neurological testing of inmate Rudolph Roybal (CDC No. H-54600).

IT IS SO ORDERED.

DATED:   October 25, 2006

HON. JEFFREY T. MILLER