IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUDOLPH JOSE ROYBAL,**<br><br>　　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**JEANNE WOODFORD, WARDEN,**<br><br>　　　　　　　　　　　Respondents. | Case No. 99-CV-2152<br><br>**ORDER GRANTING THE PARTIES' JOIN MOTION TO RESCHEDULE STATUS CONFERENCE** |

　　The parties' join motion to reschedule the Status Conference in the above-entitled matter is GRANTED.

　　IT IS ORDERED a Status Conference is set for May 21, 2009, at 3:30 p.m. in Courtroom 16 before Judge Jeffrey T. Miller

Dated: March 30, 2009

_____
The Honorable Jeffrey T. Miller
United States District Court Judge