# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLPH ROYBAL,<br><br>Petitioner,<br><br>vs.<br><br>RON DAVIS, Acting Warden of San Quentin State Prison,<br><br>Respondent. | CASE NO. 99cv2152 JM (KSC)<br><br>*DEATH PENALTY CASE*<br><br>**FINAL ORDER:**<br><br>**(1) GRANTING PETITION FOR WRIT OF HABEAS CORPUS;**<br><br>**(2) ISSUING CERTIFICATE OF APPEALABILITY; AND**<br><br>**(3) ORDERING STAY OF EXECUTION PENDING APPEAL** |

For the reasons discussed in the court's December 2, 2015 Order (see ECF No. 284), the Petition for Writ of Habeas Corpus is **GRANTED** as to Claims 9, 12 and 39 in the First Amended Petition and **DENIED** as to all other claims. The Court **ORDERS** the State of California to either grant Petitioner a new penalty phase trial or to vacate the sentence of death and re-sentence Petitioner to life in prison without parole, within 120 days of the date of this Order.

/ / /

1    The Court **ISSUES** a Certificate of Appealability ["COA"] on Claims 4-9, 12, and 39 and **DENIES** a COA on Claims 1-3, 10-11, and 13-38.  See 28 U.S.C. § 2253(c); Slack v. McDaniel, 529 U.S. 473, 484 (2000); (see also ECF No.284 at pp. 220-21.)

    Pursuant to Local Rule HC.3(g)(6), the Court **ORDERS** a stay of execution "which will continue in effect until the court of appeals acts upon the appeal or the order of stay."

    The Clerk is **ORDERED** to enter Judgment for Petitioner and to close the file.

    **IT IS SO ORDERED.**

DATED: December 2, 2015

_____
Hon. Jeffrey T. Miller
United States District Judge